UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__03/31/2020__

------------------------------------------------------------ X

UNITED STATES OF AMERICA                    :
                                            :
                -against-                   :                    19-CR-862 (VEC)
                                            :
                                            :                    ORDER
MICHAEL GONZALEZ,                           :
                                            :
                              Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

 WHEREAS Defendant Michael Gonzalez has filed a motion for bail or pretrial release due to the COVID-19 pandemic;

 WHEREAS defense counsel requests that Mr. Gonzalez be allowed to appear for a telephonic hearing; and

 WHEREAS the Government's response to the motion is due by close of business on April 1, 2020;

 IT IS HEREBY ORDERED THAT all parties must appear by telephone for a hearing on the motion on **April 2, 2020, at 2:30 P.M.**  All parties and any interested members of the public must attend the hearing by calling 1-888-363-4749, using the access code 3121171.  The Government is ordered to take the steps necessary to effectuate Mr. Gonzalez's appearance by telephone from MDC.

**SO ORDERED.**

**Dated: March 31, 2020**
**   New York, NY**


              **VALERIE CAPRONI**
             **United States District Judge**