```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/02/2020

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 19-CR-862 (VEC) |
| MICHAEL GONZALEZ, | ORDER |
| Defendant. | |

**VALERIE CAPRONI, United States District Judge:**

IT IS HEREBY ORDERED THAT the oral argument currently scheduled for April 2, 2020, at 2:30 P.M. is adjourned by 45 minutes, to 3:15 P.M. All parties and interested members of the public must dial 1-888-363-4749, using the access code 3121171 and the security code 6351. While members of the public are welcome to join the call, they are directed to mute their telephones for the duration of the call.

**SO ORDERED.**

**Dated: April 2, 2020**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**