USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

MICHAEL GONZALEZ,

Defendant.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 2, 2020, the parties appeared telephonically for a hearing on Defendant's motion for temporary release pursuant to 18 U.S.C. § 3142(i);

IT IS HEREBY ORDERED THAT the motion is DENIED for the reasons stated at the hearing. The Clerk of Court is respectfully directed to terminate the pending motion at docket entry 110.

**SO ORDERED.**

**Dated: April 2, 2020
New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**