```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 UNITED STATES OF AMERICA                                    :
                                                             :
         -against-                                           :     19-CR-862 (VEC)
                                                             :
 MICHAEL GONZALEZ,                                           :     ORDER
                                                             :
                                      Defendant.             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Gonzalez has filed a letter indicating that he may wish to ask the Court to relieve his court-appointed counsel, Mr. Spilke, and to appoint new counsel for him, Dkt. 128;

WHEREAS Mr. Gonzalez is currently housed at MDC Brooklyn;

IT IS HEREBY ORDERED THAT a videoconference is scheduled for **April 28, 2020**, **at 9:00 A.M.** to determine whether new counsel should be appointed. Counsel for the Government and Mr. Spilke are both directed to appear for the conference and will be provided with call-in instructions via email. If Mr. Spilke would like to confer with Mr. Gonzalez in private before the call, he must inform the Court by emailing chambers no later than **9:00 A.M. on April 20, 2020**. MDC Brooklyn is directed to produce Mr. Gonzalez for the videoconference.

Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: April 17, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**