USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
 UNITED STATES OF AMERICA                     :
                                              :
     -against-                                :    19-CR-862 (VEC)
                                              :
 MICHAEL GONZALEZ,                            :    ORDER
                                              :
                              Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have requested a change-of-plea hearing;

IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Tuesday, January 19, 2021, at 9:00 A.M.**

IT IS FURTHER ORDERED that due to the rising number of COVID-19 cases in New York City, the Court prefers to hold the hearing by video conference using the Court Call Platform. An order with additional details about the Court Call platform will be entered a few days before the hearing.

IT IS FURTHER ORDERED that Mr. Gonzalez must either notify the Court that he does not consent to appearing by way of video or file a waiver of in person appearance by no later than **Wednesday, January 13, 2021.**

**SO ORDERED.**

Dated: January 5, 2021
       New York, NY

                                                    _____
                                                    **VALERIE CAPRONI
                                                    United States District Judge**