USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA            :

         -against-                   :        19-CR-862 (VEC)

  MICHAEL GONZALEZ,                 :        ORDER

                  Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Gonzalez is scheduled to be sentenced on Thursday, May 6, 2021, at 2:30 P.M.;

      WHEREAS the parties' presentence submissions are due no later than Friday, April 16, 2021;

      WHEREAS the final Presentence Report ("PSR") disclosure deadline is April 12, 2021;

      WHEREAS Defense counsel reports that the mitigation expert requires additional time to complete the mitigation report; and

      WHEREAS Defense counsel further reports that he would like additional time to speak with his client about the PSR;

      IT IS HEREBY ORDERED that the PSR disclosure deadline is adjourned to **Friday, May 14, 2021**.

      IT IS FURTHER ORDERED that the parties' deadline to file presentencing submissions is adjourned to **Friday, May 21, 2021**.

      IT IS FURTHER ORDERED that Mr. Gonzalez's sentencing is adjourned to **Thursday, Thursday, June 10, 2021, at 11:00 A.M.**  The sentencing will be held in Courtroom 443 of the

Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that Defense counsel must promptly inform the Court if further legal calls with his client are not connected by the Bureau of Prisons;

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  April 1, 2021**
        **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.