USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/2021

Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

May 20, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Velez et al.*, No. 19 Cr. 862 (VEC)
     Client: Michael Gonzalez

Dear Judge Caproni:

    I write on behalf of Michael Gonzalez to request a thirty-day adjournment of sentencing. Sentencing is scheduled for June 10, 2021, at 11:00 AM. This is the second application for an adjournment. The first was granted to allow counsel and Mr. Gonzalez to review the PSR and to collect records. I have conferred with AUSA Adam Hobson, who has no objection to this request.

    We are still in the process of collecting records and testimonials in aid of sentencing and finalizing the mitigation report. In addition, Mr. Gonzalez, who is housed at the MDC Brooklyn, has been informed that he will need to quarantine after the sentencing hearing, an arduous process that he very strongly wishes to avoid.

    For these reasons, I respectfully request a thirty-day adjournment of sentencing. Mr. Gonzalez and I appreciate your Honor's attention to this matter.

Respectfully submitted,

*/s Ezra Spilke*
Ezra Spilke
(718) 783-3682
*Counsel for Michael Gonzalez*

cc:  All counsel of record by ECF

Application GRANTED.

Mr. Gonzalez's sentencing, which is currently scheduled for Thursday, June 10, 2021 at 11:00 A.M., is hereby adjourned to **Tuesday, July 20, 2021 at 2:00 P.M.** Pre-sentencing submissions are due no later than **Friday, July 2, 2021**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. For courthouse entry requirements and the public dial in information, the parties should consult the Court's Order at docket entry 320.

The Court will not grant further requests for adjournments of the sentencing based on MDC's quarantine requirements unless Mr. Gonzalez certifies that he has been vaccinated against COVID-19.

The Clerk of Court is respectfully directed to close the open motions at docket entries 319 and 369.

SO ORDERED.

Date: May 20, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE