USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

June 25, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Velez et al.*, No. 19 Cr. 862 (VEC)
Client: Michael Gonzalez

Dear Judge Caproni:

I write in response to the Court's order dated today. Mr. Gonzalez requests that the proceeding occur via videoconference due to the MDC's quarantine requirement.

Respectfully submitted,

*/s Ezra Spilke*
Ezra Spilke
(718) 783-3682
*Counsel for Michael Gonzalez*

cc: All counsel of record by ECF

---

Application DENIED as moot. The Court understands that by the date of the appearance, the Metropolitan Detention Center ("MDC") will no longer be requiring inmates to quarantine upon return from in-person Court proceedings.

SO ORDERED.

Date: June 29, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE