USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :
    -against-                           :         19-CR-862 (VEC)
                                        :
MICHAEL GONZALEZ,                       :         ORDER
                                        :
                         Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 19, 2021, Mr. Gonzalez plead guilty to a lesser included offense of count two of the indictment, Dkt. 362; and

WHEREAS Mr. Gonzalez is scheduled to be sentenced on Thursday, July 29, 2021 at 2:30 P.M., Dkt. 467;

IT IS HEREBY ORDERED that the parties must review pages 24 to 27 of the plea allocation transcript (Dkt. 362) and come to the sentencing prepared to discuss whether the plea allocation was adequate or whether Mr. Gonzalez only admitted that he agreed to sell crack to a person who was acting as a government informant at the time.

**SO ORDERED.**

**Date:  July 27, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**