```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA　　　　　　　　　　　　:　　PRELIMINARY ORDER OF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FORFEITURE/
　　　- v. -　　　　　　　　　　　　　　　　　　　　:　　MONEY JUDGMENT

MICHAEL GONZALEZ,
　　　a/k/a "Wisdom"　　　　　　　　　　　　　　　:　　19 Cr. 862 (VEC)

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

　　　　　WHEREAS, on or about December 2, 2019, MICHAEL GONZALEZ, (the "Defendant"), among others, was charged in one count of a three-count Indictment, 19 Cr. 862 (VEC) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count Two);

　　　　　WHEREAS, the Indictment included a forfeiture allegation as to Count Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count Two of the Indictment, and any and all property used, or intended to be used, in any manner or part, to commit and to facilitate the commission of, the offense charged in Count Two of the Indictment, including but not limited to a sum in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

　　　　　WHEREAS, on or about January 19, 2021, the Defendant pled guilty to Count Two of the Indictment;

　　　　　WHEREAS, the Government asserts that $8,800.00 in United States currency represents property constituting, or derived from proceeds traceable to the commission of the offenses charged in Count Two of the Indictment;

WHEREAS, the Government seeks a money judgment in the amount of $8,800.00 in United States currency, pursuant to Title 21, United States Code, Section 853, representing the amount of the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $8,800.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MICHAEL GONZALEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____          8/9/2021
HONORABLE VALERIE E. CAPRONI              _____
UNITED STATES DISTRICT JUDGE              DATE